# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:02-CR-674 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| GUO JUN XU, et al., | |
| Defendant(s). | |

Presently before the court is defendant Ying Yi Yu's motion for joinder to defendant Chaofan Xu's sentencing memorandum. (ECF No. 948). The government has not filed a response, and the time for doing so has passed.

This matter was remanded to this court by the Ninth Circuit for re-sentencing of defendants. The court held a sentencing hearing on August 14, 2017. (ECF Nos. 950, 951, 952, 95). The court subsequently entered an amended judgment as to Ying Yi Yu. (ECF No. 958). The motion for joinder is thus moot.

Accordingly,

IT IS HEREBY ORDERED that defendant Ying Yi Yu's motion for joinder to defendant Chaofan Xu's sentencing memorandum (ECF No. 948) be, and the same hereby is, DISMISSED as moot.

DATED August 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge