UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:02-CR-674 JCM (NJK) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| YING YI YU, et al., | |
| Defendant(s). | |

Presently before the court is defendant Ying Yi Yu's motion for release of funds. (ECF No. 963). The government filed a non-opposition response. (ECF No. 968).

On May 11, 2009, Judge Pro entered a $482,000,000 restitution order as to defendant.[1] (ECF No. 755). After the order was vacated on appeal, Judge Pro entered a second restitution order of $7,813,905.75. (ECF No. 890). The second restitution order was also vacated on appeal. On August 17, 2017, this court re-sentenced defendant and ordered no restitution in connection with defendant's conviction. (ECF No. 958). Defendant has made restitution payments totaling $3,307.94 that she asks be refunded to her now that the judgment against her does not include a restitution order. (ECF No. 963).

The government filed a non-opposition response, stating: "[s]ubject to full payment of all outstanding mandatory penalty assessments, the Government does not oppose [defendant's] Motion . . . and agrees that undistributed restitution payments made by the defendant may be returned by the Clerk's Office." (ECF No. 968).

. . .

---

[1] The restitution order held defendant jointly and severally liable with her co-defendants for $482,000,000.

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for release of funds (ECF No. 963) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the clerk of court shall refund defendant $3,307.94, less any unpaid mandatory penalty assessments.

DATED May 25, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**